IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRIAN JACOBSON, et al,                          *

                         Plaintiffs.          *

                                      Case No.  1:15-cv-00764(APM)

     v.                                         *

INSUN HOFGARD, et al.                           *

                      Defendants.          *

*     *     *     *     *     *     *     *     *     *     *     *

**JOINT STATUS REPORT**

This Joint Status Report is filed jointly by all parties pursuant to the Court's Minute Order dated March 16, 2017, which Order referred the case to Magistrate Judge Kay for mediation.

1. The Parties to this case are currently the Plaintiffs, the Hofgard Defendants (Mr. and Mrs. Jefferson and Insun Hofgard) and two third-party defendants, Mr. Edcel Argueta and DMV Construction Services, Inc., a dissolved D.C. corporation ("DMV/Argueta").

2. The parties engaged in a settlement conference before Judge Kay on April 24, 2017.  The parties were not able to reach a settlement, but negotiations are continuing.

3. In the meantime, the parties have agreed to schedule the following depositions:

    a. The deposition of Fact witness, Julio Argueta, will be noted for May 16, pending service on the witness;

    b. The deposition of Third Party Defendant Edcel Argueta, will be noted for May 18, 2017;

c. The deposition of Plaintiffs' designated expert, Andrew Deshler of Classic Craftsmen, Inc. (or as otherwise identified by Plaintiffs), will be noted on or before June 10, 2017; and

d. The deposition of Defendant's designated expert, Chris Havens of Minkoff Company, will be noted on or before June 10, 2017.

4. The parties do not anticipate any other discovery.

5. The parties request that the Court set a Dispositive Motions Deadline for July 15, 2017, and pretrial and trial dates in due course thereafter.

Respectfully submitted,

/s/Jonathan Zucker
Jonathan Zucker, #384629

Patricia Daus
Patricia Daus, #412174
37 Florida Avenue, NE
Suite 200
Washington, DC  20002
(202) 624-0784
jonathanzuckerlaw@gmail.com
pdaus2@gmail.com

Counsel for Plaintiffs


/s/Robert E. Worst
Robert E. Worst, Esq. #469849
/s/Brian Snyder
Brian Snyder, Esq. #503032
Kalbaugh, Pfund & Messersmith, P.C.
3950 University Dr., Suite 204
Fairfax, VA 22030
(Tel) 703-691.3331
(Fax) 703-691-3332
Robert.Worst@kmplaw.com
Brian.snyder@kpmlaw.com
Counsel for Edcel Argueta

/s/Howard S. Stevens
Howard S. Stevens, #466924

/s/Meighan G. Burton
Meighan G. Burton, #1025058
PASCALE STEVENS, LLC
2700 Lighthouse Point East
Suite 500
Baltimore, MD  21224
(443) 863-5758
hstevens@pascalestevens.com
mburton@pascalestevens.com

Counsel for Defendants/Third Party Plaintiffs

2