IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRIAN JACOBSON, et al,            *

                Plaintiffs.     *

                                          Case No.  1:15-cv-00764(APM)

    v.                    *

INSUN HOFGARD, et al.         *

                Defendants.   *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**JOINT STATUS REPORT**

      This Joint Status Report is filed by Plaintiffs and Defendants/Third-Party Plaintiffs to advise the Court that the parties have settled this matter, executed a formal settlement agreement and significant payments have been made to Plaintiffs.  However, the parties are still waiting for a portion of the settlement amount, which is to be paid from the restitution fund established by the District of Columbia, to be released to the Plaintiffs by the District.

      Under the terms of the parties' agreement, the parties continue to request a general *stay* in this proceeding until all conditions of the settlement have been satisfied.  While we had anticipated that all remaining settlement funds would be paid by this time, the District is only releasing 50% on each claim currently pending against the restitution fund (including Plaintiffs' claim), which amounts should be released within the next thirty (30) days.  We anticipate that the remaining 50% will be paid in three to six (6) months.

      In light of the forgoing, the undersigned parties respectfully move the Court to a) continue the stay of this proceeding pending full satisfaction of the settlement terms, b) order that the Parties

1

shall submit a status report in three (3) months (i.e. on or before August 1, 2018), and c) remain available to grant such other relief as may be requested by a party or the parties.

Respectfully submitted this 1st day of May, 2018,

| | |
|---|---|
| */s/Jonathan Zucker* | */s/Howard S. Stevens* |
| Jonathan Zucker, #384629 | Howard S. Stevens, #466924 |
| | |
| *Patricia Daus* | */s/Meighan G. Burton* |
| Patricia Daus, #412174 | Meighan G. Burton, #1025058 |
| 37 Florida Avenue, NE | PASCALE STEVENS, LLC |
| Suite 200 | 2700 Lighthouse Point East |
| Washington, DC  20002 | Suite 500 |
| (202) 624-0784 | Baltimore, MD  21224 |
| jonathanzuckerlaw@gmail.com | (443) 863-5758 |
| pdaus2@gmail.com | hstevens@pascalestevens.com |
| | mburton@pascalestevens.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants/Third Party Plaintiffs* |

Certificate of Service

All parties of record will receive a copy of the foregoing pleading via *Casefile Xpress* and a copy via email to:

Jonathan Zucker, Esq.
Patricia Daus, Esq.
jonathanzuckerlaw@gmail.com
pdaus2@gmail.com
*Counsel for Plaintiffs*

Robert E. Worst, Esq.
Robert.Worst@kmplaw.com
*Counsel for Edcel Argueta/DMV Construction Services, Inc.*

/s/Meighan G. Burton
Meighan G. Burton, #1025058
PASCALE STEVENS, LLC